UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-60159 CR-ZLOCH/SNOW

CASE NO.

18 U.S.C. § 611

**UNITED STATES OF AMERICA**

**vs.**

**LLOYD GEORGE PALMER**

_____/

## INDICTMENT

The Grand Jury Attorney charges that:

## COUNT 1

On or about September 5, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**LLOYD GEORGE PALMER,**

an alien, fully knowing that he was not a United States citizen, did knowingly vote in an election

held in part for the purpose of electing a candidate for the office of President of the United States.

In violation of Title 18, United States Code, Section 611.

## COUNT 2

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**LLOYD GEORGE PALMER,**

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.



In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____

FOREPERSON

_____

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 60159 CR-ZLOCH

UNITED STATES OF AMERICA                                    CASE NO.

vs.                                          **CERTIFICATE OF TRIAL ATTORNEY\***

LLOYD GEORGE PALMER,

                    Defendant.                      **Superseding Case Information:**
_____/

**Court Division:** (Select One)        New Defendant(s)          Yes _____    No _____
                                        Number of New Defendants  _____
_____ Miami  _____ Key West             Total number of counts    _____
__X__ FTL   _____ WPB   _____ FTP

        I do hereby certify that:

1.      I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.      I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.      Interpreter:      (Yes or No)      __No__
        List language and/or dialect      _____

4.      This case will take      __3__      days for the parties to try.

5.      Please check appropriate category and type of offense listed below:
        (Check only one)                                (Check only one)

I       0 to 5 days        __X__           Petty      _____
II      6 to 10 days       _____           Minor      _____
III     11 to 20 days      _____           Misdem.    __X__
IV      21 to 60 days      _____           Felony     _____
V       61 days and over   _____

6.      Has this case been previously filed in this District Court? (Yes or No)      __No__
If yes:
Judge: _____      Case No.   _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      __No__
If yes:
Magistrate Case No.                  _____
Related Miscellaneous numbers:       _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of   _____
Rule 20 from the _____      District of _____

Is this a potential death penalty case? (Yes or No)      __No__

7.      Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes __X__ No

8.      Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes __X__ No
        If yes, was it pending in the Central Region?      _____ Yes      _____ No

9.      Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

10.     Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _____ Yes __X__ No

                                        _____
                                        KAREN E. ROCHLIN
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court ID No. A5500050

\*Penalty Sheet(s) attached                                        REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**      **LLOYD GEORGE PALMER**

**Case No:**

**MAGISTRATE JUDGE**
**SNOW**

**Count #: 1**

Election Fraud

Title 18, United States Code, Section 611

**\* Max.Penalty:**      1 year's imprisonment

**Count #: 2**

Election fraud

Title 18, United States Code, Section 611

**\*Max. Penalty:**      1 year's imprisonment

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Case 0:04-cr-00159-WJZ Document 1 Entered on FLSD Docket 07/19/2004 Page 5 of 5

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of  _____FLORIDA_____

## THE UNITED STATES OF AMERICA

vs.

**LLOYD GEORGE PALMER**

Defendant

# INDICTMENT

## 18 U.S.C. § 611

*A true bill.*



FGJ 04-01(MIA)                                                                 _Foreman_

Filed in open court this _____ /5TH _____ day,

of ___July___ A.D. 2004

P. Mitchell
Deputy Clerk

Bail, $ _____