UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60159-CR-ZLOCH
Magistrate Judge Snow

UNITED STATES OF AMERICA

v.

LLOYD GEORGE PALMER

_____/



## GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case.  This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4  The defendant does not appear to have a record of arrests or convictions.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the



undersigned to schedule a complete inspection. Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.    The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady or Agurs other than any information already disclosed herein.

D. & E.   The United States is unaware of any witness within the scope of these paragraphs.

F.    No line-ups, show-ups, or similar identification procedures were used during this case.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.    The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

2

K.   No contraband was seized in connection with this case.

L.   The United States is not in possession of any vehicles involved in this case.

M.   The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N.   Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.   Counsel may contact the undersigned to confer regarding stipulations.

P.   Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.

<div style="margin-left:40%">

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

</div>

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this 26th day of August, 2004 on Zareefa Khan, Esq., 450 N. Park Road, Hollywood, Florida 33021.

KAREN E. ROCHLIN

4

I

## UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION & NATURALIZATION SERVICE

## RECORD OF SWORN STATEMENT

APPLICANT NAME _Lloyd Palmer_                     FILE NO _A46 083 498_

DATE_March 17 2004_

EXECUTED AT        _77 SE 5 street Miami Florida_

Before the following officer of the Immigration and Naturalization Service:

_Mario Negrin_

(Name and Title)

in the _English_ language.        Interpreter _N/A_ used.

I, _Lloyd George Palmer_ acknowledge that the above named officer has identified himself/herself to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He/she has informed me that he/she desires to take my sworn statement regarding:

He/she has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth, the whole truth, and nothing but the truth so help me God.

Signature of Applicant _Lloyd Palmer_

On __17th__ day of __March__, _2004_, sworn and subscribed before me:

_____
Signature of INS Officer

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Being duly sworn, I make the following statement:

Q. What is your true, full and complete name?
A. Lloyd george Palmer

Q. What is your date and place of birth?
A   Jamaica 01/26/1931

Q. Have you ever registered to vote?
A. Yes, sir

Q. How did you register to vote? (by mail or in person)
A.Somebody came to my home

Q. When and Where did you register to vote?
A. I think its 2000, the card is there

L. P.

1

Q.  Were you sworn in when you registered to vote?
A. I don't think she was legitimate

Q.  When you registered to vote, Did you read and sign your voter's registration form?
A. I don't' think I read anything, I only signed it.

Q. Did you fill it out.
A. I don't think so.

Q how were the responses answered  if you didn't fill it out
A I would imagine the person that registered me filled out the form, I just signed it

Q.  How did you obtain the voter's registration application?
A. The lady brought it

Q.  Did you apply in person or through the mail?
A. I signed the form and a card came to me through the mail

Q.  Did you know that it is against the law to register to vote unless you are a citizen of the United States?
A.  Yes, sir

Q. If you knew that, why did you contue
A. she told us that resident aliens are now eligible to vote, so we took her at her word, and a card came through the mail

Q.  Did you know that it is against the law to vote unless you are a citizen of the United States?
A.  I knew if you were not a citizen you were not allowed, but like I said, we were taken in

Q.  Do you have your voter registration card with you today (if not please explain)?
A. no, we turned it in at the voter's office

Q.  How many times have you voted during elections in the United States?
A.  I think about three times

Q.  What are the dates that you voted during those times?
A.  I haven't memorized them. It's not something I have memorized

Q.  When was the last time that you voted?
A.  it was the last election for the governor

Q.  Which candidate(s) did you vote for?
A.  what's his name again, he lost

Q., stateWhat are the dates and type of elections in which you voted (i.e. Presidential, Local, State, etc.)?
A. I voted for the governor I think  one for state, I think I voted for Mr. Gore that would have been presidential, and for governor

Q.  What is the most important right granted to a United States citizen?
A.  I should imagine the right of voting

Q.  What are the requirements in order to register to vote?
A.  You must be a citizen, you must be 18

Q.  Were you a United States citizen at the time that you register to vote?

2

A. No, sir

Q. Were you a United States citizen at the time that you voted during the elections?
A. no,sir

Q. Since you knew that one of the requirements to register and vote in the United States is to be a United States Citizen, Why did you vote?
A. We were told after we told her that we were residents, she told us that residents was now eligible to vote, was now elible

Q. Did you attend High School in the United States?
A . no ,sir

Q. Why did you continue to vote if you voted more than once? (Answer only if you voted more than once)
A. Because I was told that resident aliens could vote, I was told by this woman

Q. Why did you file an application for naturalization (Form N400)?
A. well how can I say it, my tell us she wanted to become a citizen and we have lived here for a certain period and…

Q. When did you file your application for naturalization (Form N400)?
A. It's on the sheet, there the first time

Q. Have you ever claimed to be a United States citizen? If yes, When and Where?
A. no, sir

Q. Are your parents United States citizens? If yes, please state how and when they obtained U.S. citizenship?
A. no sir

Q. Did your parents reside in the United States? How long?
A. yes, my father lived here from 1981 to 1988 in New York

Q. Have you ever presented your voters registration card in order to receive any type of benefit (i.e. jobs, loans, Social Security benefits, etc.)?
A. No sir

Q. Did you ever have a government job? If yes, which type of job?
A. no sir

Q. Have you traveled outside the United States? If yes, what documents did you present to the Immigration Inspector upon your return to the United States?
A. My Jamaican passport and green

Q. Do you have a passport? If yes, what is the nationality of the passport?
A.l left it at home I didn't bring it. Jamaica

Q. Have you ever been notified for Jury Duty? If yes, when and where?
A.No sir

Q. Have you ever served on a Jury? If yes, when and where?
A. No sir

Q. Have you ever used your voter's registration ID card to travel? If yes, When and Where?
A. No sir



3

Q. When did you first realize that you should not be using your voter's ID card?
A. When we applied for naturalization, well I knew, but when we started to fill out the forms for naturalization, but we told the truth
 When you say you knew, what did you mean
A when the lady came we told her that we were not eligible, but she told us that now aliens were eligible

Q. Did you take any measures to return the voter ID card when you realized that you were not entitled to have it?
A.

Q. Did you realized that when you used you voter ID card to travel you were presenting yourself as a U.S. citizen to U.S. immigration officials?
A. yes  sir

Q How many times had Ms Thompson been to your home?
A. Well, I was introduced to her through my wife, she registered Alvina Moore, she is citizen.

Q. Have you seen Ms. Thompson lately
A I haven't seen her lately, but I used to see her at the poling station

Q. Do you have any other comments to add at this time?
A. We believed a lie and we were taken in by it, which we should have researched it more, we should have taken the time to find out if it was true.

---

I *Lloyd   Palmer*   having read an examined the contents of Record of Sworn Statement consisting of *4* pages hereby attest that the attached written transcription is an accurate and complete record of my oral statements taken on *March  17th  2004* before an officer of the Immigration and Naturalization Service and as evidence thereof I hereby affix my initials on each of the *4* pages.

*Lloyd Palmer*
_____
Signature

Date: *3-17-04*

4

# AFFIDAVIT OF ALVINA MOORE

I, ALVINA MOORE, state under oath the following:

I was present in the Palmer home in 2000, when a lady named Nazmar Khan Thompson, who represented herself as a Community Activist for the Broward County Elections Office, advised Lloyd Palmer, Velrine Palmer & Helen Exavier that as Lawful Permanent Residents, they were entitled to register to vote. I know her as she has come to the house before and she has regularly reminded me to vote as well as offered to drive to me to a voting station.

*Alvina Moore*

ALVINA MOORE
1641 NW 54TH TERRACE
LAUDERHILL, FL
33313

Zaila Zareefa Khan
Commission #DD166432
Expires: Nov 18, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

SIGNED AND ATTESTED TO THIS 8TH DAY OF MARCH, 2004 AT BROWARD COUNTY, STATE OF FLORIDA.

NOTARY PUBLIC

1641 NW 54 Terr,
Lauderhill Fl. 33313,
February 3, 2004.

Immigration and Naturalization Service
77 S. E. 5th St. #2nd Fl,
Miami Fl. 33131

To Whom It May Concern

Re Denial of Naturalization For Involvement
In Voting

Dear Sir / Madam,

I the undersigned do regret that through I was misinformed, and misled I voted in the U.S at the times I did.

This was not intentionally done, and I have spoken the truth re same. Please accept my apology for this involvement.

Yours truly
Vilrine Palmer (Mrs).

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0009

2 OF 3 **Application for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
| --- |

Write your INS "A"- number here:
A C 4 6 0 8 3 4 9 8

A. Your current legal name.

Family Name *(Last Name)*
PalMeR

Given Name *(First Name)*
Lloyd

Full Middle Name *(If applicable)*
GeoRge

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*
PalMeR, Lloyd G

Given Name *(First Name)*
Lloyd

Full Middle Name *(If applicable)*
G.

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
| --- | --- | --- |
| N/A | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☑ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
| --- | --- |

Remarks

GROUP 3853

Action

at least 5 years.

at least 3 years, AND
the last 3 years, AND

MAY 0 8 2002

Form N-400 (Rev. 05/31/01)N

**Part 3. Information About You**

Write your INS "A" number here:

A _ 4 6 0 5 3 4 9 5

A. Social Security Number

2 6 7 - 4 8 - 1 2 7 1

B. Date of Birth *(Month Day Year)*

0 1 / 2 6 / 1 9 3 1

C. Date You Became a Permanent Resident *(Month Day Year)*

C 7 / 2 8 / 1 9 9 6

D. Country of Birth

Jamaica

E. Country of Nationality

Jamaica

Are either of your parents U.S. citizens? *(if yes, see Instructions)* ☐ Yes ☑ No

G. What is your current marital status? ☐ Single, Never Married ☑ Married ☐ Divorced ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application? ☐ Yes ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)* ☐ Yes ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language_____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*

1641 N.W. 54 Terrace

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| Lauderhill | Broward | Florida | 33313 | U.S.A. |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

City

State

ZIP Code

Country

C. Daytime Phone Number *(If*

(954) 485-1353

Evening Phone Number *(If any)*

(954) 485-1353

E-mail Address *(If any)*

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here: |
| --- | --- |
| | A 046083498 |

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☑ Male   ☐ Female

B. Height

5 Feet 6 Inches

C. Weight

154 Pound

D. Race

☐ White   ☐ Asian or Pacific Islander   ☑ Black   ☐ American Indian or Alaskan Native   ☐ Unknown

E. Hair color

☐ Black   ☐ Brown   ☐ Blonde   ☑ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

F. Eye color

☑ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

| Part 6. Information About Your Residence and Employment |
| --- |

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper. *Claims no others (2)*

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 07 28 96 | Present |
| | __/____ | __/____ |
| | __/____ | __/____ |
| | __/____ | __/____ |
| | __/____ | __/____ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper. *Claims no others (3)*

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| Burns Inter-National Security Svcs. | 4764 - 6766 W. Commercial Blvd. Tamarac, Fla, Zip 33319 | 02 26 97 | Present | Security Guard . |
| | | __/____ | Present | Security Guard |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |

**Part 7. Time Outside the United States.**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A" - number here:

A ___ 4 6 0 8 3 4 9 8

A. How many total days did you spend outside of the United States during the past 5 years?  ~~14~~ 28 days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?  2 trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

Claims no others (4)

PP S/R

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|---|
| | | Yes | No | | |
| 02/04/1999 | 02/18/1999 | ☐ Yes | ☑ No | Jamaica | 14 |
| 08/2002 | 09/2002 | ☐ Yes | ☑ No | Jamaica | 14 |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |

## Part 8. Information About Your Marital History

Claims no others (5)

A. How many times have you been married (including annulled marriages)?  1  If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*  PaLMER

Given Name *(First Name)*  VeiRiNe

Full Middle Name *(If applicable)*  May

2. Date of Birth *(Month/Day/Year)*  02/08/1948

3. Date of Marriage *(Month/Day/Year)*  08/01/1973

4. Spouse's Social Security Number  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

5. Home Address - Street Number and Name  lives w/ applicant  1641 N.W. 54 Terrace

Apartment Number

City  Lauderhill

State  Florida

ZIP Code  33313

Form N-400 (Rev. 05/31/01)N Page 4

**Part 8.  Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A 0 4 6 0 8 3 4 9 8

C. Is your spouse a U.S. citizen?  ☐ Yes  ☑ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

   If "Other," give the following information:

2. Date your spouse became a U.S. citizen

   __ __ / __ __ / __ __ __ __

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

   City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

   Jamaica

2. Spouse's INS "A"- Number *(If applicable)*

   A 0 4 6 0 8 3 4 9 7

3. Spouse's Immigration Status

   ☑ Lawful Permanent Resident   ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.  N/A

1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

| | | |
|---|---|---|
| | | |

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

   __ __ / __ __ / __ __ __ __

4. Date Marriage Ended *(Month/Day/Year)*

   __ __ / __ __ / __ __ __ __

5. How Marriage

☐ Divorce  ☐ Spouse Died  ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?  ☐ 1

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)*

| | | |
|---|---|---|
| | | |

2. Prior Spouse's Immigration Status

☐ U.S. Citizen

☐ Lawful Permanent Resident

☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

   __ __ / __ __ / __ __ __ __

4. Date Marriage Ended *(Month/Day/Year)*

   __ __ / __ __ / __ __ __ __

5. How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other _____

| Part 9.  Information About Your Child | | | | | Write your INS "A" number here: A J 4 6 0 5 3 4 9 8 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions. **6**

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper. *Claims to others* 6

| Full Name of Son or Daughter | Date of Birth (Month Day Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Ruth Marie Palmer | 05 11 1992 | A_____ | Jamaica | 14 Lower Waltham Ave. Kingston 13 Jamaica WI |
| John George Palmer | 05 18 1974 | A_____ | Jamaica | 14 Lower Waltham Ave Kingston 13 Jamaica WI |
| David Hugh Palmer | 07 16 1977 | A 046 083 499 | Jamaica | 2 Silvia C.T. Hyde Park Mass 02136 |
| Helen Elizabeth Palmer | 05 02 1980 | A 046 083 501 | Jamaica | With Me. |
| Richard Anthony Palmer | 08 19 1982 | A 046 083 500 | Jamaica | 2 Silvia C.T. Hyde Park Mass 02136 |
| Roxann Renea Palmer | 02 16 1987 | A 046 083 502 | Jamaica | With Me. lives w/ applicant |
| __/__/____ | | A_____ | | |
| __/__/____ | | A_____ | | |

---

## Part 10.  Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?  ☑ Yes  ☑ No
2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States?  ☑ Yes  ☐ No
3. Have you **EVER** voted in any Federal, state, or local election in the United States?  ☑ Yes  ☑ No
4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?  ☐ Yes  ☑ No
5. Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☑ No
6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☑ No

| Part 10.  Additional Questions *(Continued)* | Write your INS "A"- number here:<br>A _0_ _4_ _6_ _0_ _8_ _3_ _4_ _9_ _8_ |
|---|---|

## B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☑ Yes ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.   *Claims others (1)*

| Name of Group | Name of Group |
|---|---|
| 1. South Eastern Conference of Seventh Day Adventist | 6. |
| 2. East Jamaica Conference of Seventh Day Adventist. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes ☑ No

   b. Any other totalitarian party?  ☐ Yes ☑ No

   c. A terrorist organization?  ☐ Yes ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?  ☐ Yes ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes ☑ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes ☑ No

## C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes ☑ No

| Part 10. Additional Questions *(Contin      )* | Write your INS "A"- number here:<br>A 0 4 6 0 8 3 4 9 8 |
|---|---|

## D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☑ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☑ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☑ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☑ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☑ No

21. Have you **EVER** been in jail or prison? ☐ Yes ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

*Claims voted and Regist. to vote ⑧*
*Claims Ø DUI(s), Ø arrests*
*Ø offenses ⑨*

22. Have you **EVER**:

  a. been a habitual drunkard? ☐ Yes ☑ No

  b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No

  c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No

  d. been married to more than one person at the same time? ☐ Yes ☑ No

  e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No

  f. gambled illegally or received income from illegal gambling? ☐ Yes ☑ No

  g. failed to support your dependents or to pay alimony? ☐ Yes ☑ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☑ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

Form N-400 (Rev. 05/31/01)N Page 8

| Part 10.  Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 4 6 0 8 3 4 9 8 |

## E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?   ☐ Yes   ☑ No

26. Have you **EVER** been removed, excluded, or deported from the United States?   ☐ Yes   ☑ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?   ☐ Yes   ☑ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?   ☐ Yes   ☑ No

## F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?   ☐ Yes   ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes   ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?   ☐ Yes   ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces?   ☐ Yes   ☑ No

## G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?   ☑ Yes   ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age. you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [_____]   Selective Service Number [__/___/____]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older. attach a statement explaining why you did not register.

## H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions. attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?   ☑ Yes   ☐ No

35. Do you understand the full Oath of Allegiance to the United States?   ☑ Yes   ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?   ☑ Yes   ☑ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?   ☐ Yes   ☑ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?   ☑ Yes   ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?   ☑ Yes   ☐ No

**Part 11.  Your Signature**

ite your INS "A"- number here:

A *04608349 8*

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

*Lloyd Palmer*

Date *(Month Day Year)*

*04 28 2002*

**Part 12.  Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(Month Day Year)*

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

(    )

Preparer's Address - Street Number and Name

City

State

ZIP Code

---

**Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So**

**Part 13.  Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through __*10*__ and the evidence submitted by me numbered pages 1 through __*10*__, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me   *TKM 02/24/03   Raketa Mansfield*

Officer's Printed Name or Stamp

*02/24/03*

Date *(Month Day Year)*

Complete Signature of Applicant

*X Lloyd George Palmer*

Officer's Signature

*Raketa Mansfield*

**Part 14.  Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
~~that I will bear arms on behalf of the United States when required by the law;~~
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

*Lloyd George Palmer*

Complete Signature of Applicant

*X Lloyd George Palmer*

Form N-400 (Rev. 05 31 01)N Page 10

# Certification of Registration

I, *DR. BRENDA C. SNIPES* , *SUPERVISOR OF ELECTIONS* for
*BROWARD  COUNTY, FL* , do hereby certify that the following information
is a true and correct copy of the voter registration record on file in this office
for:

*PALMER, LLOYD G*

**Date of Registration**:  *05-02-2000*

**Certification Number**:  *10413696*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address** *1641 NW 54TH TER, LAUDERHILL  FL  33313*

**Precinct Number:** *13L*   **Sex:***M*      **Race:** *B*

**Date of Birth:***01-26-1931*

Witness my hand and official seal at *BROWARD  COUNTY, FL*
on *December 18, 2003*   .

*DR. BRENDA C. SNIPES*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By:_____
          Deputy

```
12-18-2003          B      RD COUNTY Supervisor of I      ions              PAGE   1
08:02:25                        VOTING HISTORY REPORT
```

**LLOYD G PALMER**

Registered Address : 1641 NW 54TH TER
                     LAUDERHILL   FL   33313
Voter-ID: 10413696   Registered: 05-02-2000   Status: Canceled - Voter's Request


```
0502 POLL non   11/05/2002 GENERAL
1002 POLL DEM   09/10/2002 PRIMARY
0700 POLL non   11/07/2000 GENERAL
0500 POLL DEM   09/05/2000 PRIMARY
```

State of FLORIDA
County of BROWARD

I, DR. BRENDA C. SNIPES, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of LLOYD G PALMER as it appears on record in my office.
Witness my hand and seal on December 18, 2003.

DR. BRENDA C. SNIPES
Supervisor of Elections

By: _____
              Deputy

10413696   PALMER, LLOYD
Image Loc: No Locator



# AFFIDAVIT

A ___46 083 498___

I, __Lloyd Palmer___, being first duly sworn, do hereby state under oath, that:

I have never at any time belived that I am a Citizen of the United States of America.

_Lloyd George Palmer_
**Applicant**

Sworn to & subscribed before me this ___8th___ day of __December___ 2003.

_Susanne Lewis_
**Adjudication Officer**



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant, Supervisor
Broward Governmental Center
115 S. Andrews Avenue, Room 102
Fort Lauderdale, FL 33301

# Certification of Registration

I, *MIRIAM M. OLIPHANT* , *SUPERVISOR OF ELECTIONS* for *BROWARD COUNTY, FL* , do hereby certify that the following information  is a true and correct copy of the voter registration record on file in this office for:

*PALMER, LLOYD G*

**Date of Registration:** *05-02-2000*

**Certification Number:** *10413696*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address** *1641 NW 54TH TER, LAUDERHILL  FL  33313*

**Precinct Number:** *13L*  **Sex:***M*    **Race:** *B*

**Date of Birth:***01-26-1931*

Witness my hand and official seal at *BROWARD  COUNTY, FL*
on *October 22, 2003*  .

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By:_____
    Deputy

Si desea una traducción de este documento sirvase llamar al teléfono (954) 357-8452
954-357-7050 · Fax#: 954-357-7070

Case 0:04-cr-60159-WJZ   Document 12   Entered on FLSD Docket 08/27/2004   Page 26 of 35

## LLOYD G PALMER

                    Registered Address : 1641 NW 54TH TER
                                         LAUDERHILL   FL   33313
Voter-ID: 10413696   Registered: 05-02-2000   Status: Canceled - Voter's Request


0502 POLL non   11/05/2002 GENERAL
1002 POLL DEM   09/10/2002 PRIMARY
0700 POLL non   11/07/2000 GENERAL
0500 POLL DEM   09/05/2000 PRIMARY


        State of FLORIDA
        County of BROWARD

        I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
    the foregoing to be a true and correct copy of the voting record
    of LLOYD G PALMER as it appears on record in my office.
        Witness my hand and seal on October 22, 2003.

                                    MIRIAM M. OLIPHANT
                                    Supervisor of Elections

                            By: _____
                                          Deputy

# VOTERS SUPPLEMENT

Name:  **LLOYD PALMER**          A:   **46 083 498**

Please answer the following questions if you have ever registered to vote or voted for an election within the United States.

1. How old were you when you became a permanent resident of the United States?

   *65 years*

2. If you became a permanent resident while under the age of 16, are your parents United States citizens. If so, please explain.

   *NO*

3. If you are married, what is the nationality of your spouse? If your Spouse is a United States citizen, please explain.

   *Jmaican*

4. On what date(s) did you register to vote?   *05-02-2000.*

5. Where did you register to vote (include city, county, and state)? If more than once, please specify.

   *Solisited at home    Lauderhill, Broward, Florida.*

6. **Have you ever voted in an election in the United States. If so,
   please provide the date, location of the election (city, county & state)
   and type of election held (federal, state, or local) for each.**

| Date of Election | Location | Type of Election |
|---|---|---|
| 1. 11-5-2002 | Lauderhill | General National |
| 2. 09-10-2002 | Lauderhill | State, Primary |
| 3. 11-07-2000 | Lauderhill | General |
| 4. 09-5-2000 | Lauderhill | Primary |
| 5. | | |
| 6. | | |

7. **How did you obtain the voter's registration application?** At Home by Registration Personel.

8. **Did you apply in person or through the mail?** No.

9. **Why did you register to vote, or register and vote in an election
   within the United States when you were not a citizen?** I was assured by the Registration personel that permanent Residents were eledgible to Vote.

10. **Did you know that it was unlawful for you to apply for a voter's
    registration card and to vote?** I did not know how the law stood on voting, but with assurance from the Registration personel we (vote) consented to be Registered.

**11. When did you first become aware that you were not qualified to Register or vote in the United States?** When I applied For) to become a U.S.A Citizen. when I was filling out the N400

**12. If you registered and voted because you believed that you were a Citizen of the United States, please explain.** I KNOW I was Not a U.S.A Citizen, I voted because of the assurance given me that permanent Resident was eledigible to vote.

**13. If you registered and voted because you believed that you were a Citizen of the United States, why have you applied for naturalization?** I did Not believe that I (was am) a citizen when I voted. I have always known that I am Not a citizen, this is why I have applied For Naturalization.

**14. If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen?** y

**15. Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for real estate homestead exemption?** No.

3

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain.  *NO* .

17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit. If yes, please explain.  *NO,*

18. Have you ever used the voter's registration card as proof of citizenship? If so, please explain.  *NO.*

19. Have you ever been called for jury duty? If so, please, explain.  *NO,*

_Lloyd George Palmer_
**Applicant's Signature**

_12/8/03_
**Date**

4





YOUR POLLING LOCATION IS: BOYS & GIRLS CLUB
5455 NW 19 STREET
LAUDERHILL FL 33313

YOU ARE ELIGIBLE TO VOTE FOR A REPRESENTATIVE
IN EACH DISTRICT LISTED BELOW:

LAUDERHILL

REGISTRATION NUMBER

NOTIFY THE ELECTIONS OFFICE OF ANY INCORRECT INFORMATION
BY COMPLETING A "CHANGE OF INFORMATION" CARD



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant, Supervisor
Broward Governmental Center
115 S. Andrews Avenue, Room 102
Fort Lauderdale, FL 33301

# Certification of Registration

I, *MIRIAM M. OLIPHANT , SUPERVISOR OF ELECTIONS*  for *BROWARD COUNTY, FL* , do hereby certify that the following information  is a true and correct copy of the voter registration record on file in this office for:

*PALMER, LLOYD G*

**Date of Registration:**  *05-02-2000*

**Certification Number:**  *10413696*

**Status:** *ACTIVE*

**Address**  *1641 NW 54TH TER, LAUDERHILL  FL  33313*

**Precinct Number:** *13L*   **Sex:***M*     **Race:** *B*

**Date of Birth:***01-26-1931*

Witness my hand and official seal at *BROWARD  COUNTY, FL* on *March 25, 2003*  .

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By: _____
Deputy

Case 0:04-cr-60159-WJZ  Document 12  Entered on FLSD Docket 08/27/2004  Page 34 of 35

## LLOYD G PALMER

Registered Address : 1641 NW 54TH TER
LAUDERHILL  FL  33313

Voter-ID: 10413696  Registered: 05-02-2000  Status: Active  Total Items:  4

```
0502 POLL non  11/05/2002 GENERAL
1002 POLL DEM  09/10/2002 PRIMARY
0700 POLL non  11/07/2000 GENERAL
0500 POLL DEM  09/05/2000 PRIMARY
```

State of FLORIDA
County of BROWARD

    I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of LLOYD G PALMER as it appears on record in my office.
    Witness my hand and seal on March 25, 2003.

MIRIAM M. OLIPHANT
Supervisor of Elections

By: _____
         Deputy

Part 10 Questions 2 + 3
Explanation of Questions
    To Whom it May Concern
Dear Sir / Madam,
            I was informed by
Broward County Electorial Clerk, That
as a Permanent Resident Alien I am
eligible to vote in Federal, State and
local elections in the United States,
I was Registered, Received my card
photo copy of which is enclosed
and exercised the Franchise as a
law abiding Resident.
                Yours truly,
                Lloyd Salmer